1058

*In the Matter of* JOSEPH LEO RENEGAR.

ALBERTINE RENEGAR, *Appellant,* v. ROBERT D. RENEGAR, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 235369, Waldo F. Stone, J., entered October 20, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

THE STATE OF WASHINGTON, *Appellant,* v. LINDA L. MARSHALL, *Respondent.*

Appeal from a judgment of the Superior Court for Skamania County, No. 2270, Ted Kolbaba, J., entered December 15, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J, concurred in by Petrich and Alexander, JJ.

WILLIAM HEROLD, *Appellant,* v. THE CITY OF AUBURN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-14181-8, Gerard M. Shellan, J., entered March 23, 1984. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Scholfield, C.J., and Swanson, J.